UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carissa M. Macbrair,<br><br>       Plaintiff<br><br>v.<br><br>Carolyn W. Colvin,<br><br>       Defendant | 2:16-cv-01048-JAD-NJK<br><br>**Order Adopting Report and Recommendation, Denying Motion to Remand, Granting Crossmotion to Affirm, and Closing Case**<br><br>[ECF Nos. 17, 18, 20] |

On February 2, 2017, the magistrate judge recommended that I deny plaintiff's motion to remand and grant the commissioner's crossmotion to affirm. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Objections to the magistrate judge's report and recommendation were due by February 16, 2017, and Macbrair has not filed an objection or requested an extension to do so.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 20] is ADOPTED**, plaintiff's motion to remand **[ECF No. 17] is DENIED**, and the commissioner's crossmotion to affirm **[ECF No. 18] is GRANTED.**

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 22nd day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).